| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |  |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

IN RE:
   MUHAMMAD ZEHRAN

Case No.:  18-17847

Hearing Date:  06/06/2018

Judge:  ROSEMARY GAMBARDELLA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 11, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  MUHAMMAD ZEHRAN

Case No.:  18-17847RG

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/06/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/6/2018 of the plan filed on 04/19/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/20/2018 or the case will be dismissed; and it is further

ORDERED, that Debtor must provide all documents necessary to conduct a 341(a) meeting by 6/13/18 ; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 7/18/2018 at  9:00:00AM.