UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Muhammad Zehran

 Debtor (s)

Case No.: _____18-17847-RG_____

Chapter: _____13_____

Judge: _____Gambardella_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: _Todd S Cushner_____

This will confirm that on _____6/20/18_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _A/B, C, J_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information

        (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)

        [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: 6/2118_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17847-RG
Muhammad Zehran                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Jun 21, 2018
                             Form ID: pdf903         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db          +Muhammad Zehran,   21 Bergen Place,   Mahwah, NJ 07430-1168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
          Bonnie M. Weir   on behalf of Creditor   Emigrant Mortgage Company, Inc. bmw@weirlawfirm.com
          Edward J Zohn   on behalf of Creditor   Emigrant Mortgage Company, Inc. ezohn@zohnlaw.com
          Kevin Gordon McDonald   on behalf of Creditor   DLJ Mortgage Capital, Inc
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Todd S Cushner   on behalf of Debtor Muhammad  Zehran todd@cushnerlegal.com,
           alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6