Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                         Case No.: 18−17847−RG  
                         Chapter: 13  
                         Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Muhammad Zehran  
   aka Amar M Zehran, aka Amir M Zehran  
   21 Bergen Place  
   Mahwah, NJ 07430

Social Security No.:  
   xxx−xx−2780

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/19/18 and a confirmation hearing on such Plan has been scheduled for 6/6/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 2/5/19 and a confirmation hearing on the Modified Plan is scheduled for 3/6/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 8, 2019  
JAN: smz

                                                                 Jeanne Naughton  
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17847-RG
Muhammad Zehran                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Feb 08, 2019
                               Form ID: 186             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.
```
db         +Muhammad Zehran,    21 Bergen Place,    Mahwah, NJ 07430-1168
cr         +Emigrant Mortgage Company, Inc.,    5 East 42nd Street,    New York, NY 10017-6904
517465083  +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517465085  +Chase,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
517465086  +Emigrant Mortgage Co,    5 E 42nd St,    New York, NY 10017-6904
517465088  +Hospital Attending Physicians Pllc,    255 Lafayette Avenue,    Suffern, NY 10901-4812
517465090  +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517465091  +NYS Dept of Taxation &,    Finance,    WA Harriman Campus,    Albany, NY 12227-0001
517519801  +New York State Dept of Taxation,    and Finance,    PO Box 5300,    Albany, NY 12205-0300
517465092  +Paul Michael Marketing,    15916 Union Tpke Ste 302,    Flushing, NY 11366-1955
517465093  +Provident Bank,    400 Rella Blvd #308,    Montabello, NY 10901-4243
517465094  +Ramapo Anesthesiologists, PC,    100 Rte 59,    Suite 105,    Suffern, NY 10901-4927
517465095  +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517465096  +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
             Farmingdale, NY 11735-4021
517586327  +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517805262  +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
             Oklahoma City, OK 73134-2500
517805263  +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
             Oklahoma City, OK 73134-2500,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
             Oklahoma City, OK 73134-2500
517548697  +U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance,    1310 Madrid Street,
             Marshall, MN 56258-4099
517465098  +Valley Hospital,    1980 Crompond Rd,    Cortlandt Manor, NY 10567-4182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2019 00:40:44      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2019 00:40:39      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517465087   E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 09 2019 00:40:56      Honda Financial Services,
             PO Box 7829,    Philadelphia, PA 19101-7829
517465084  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 09 2019 00:36:54      Capital One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517541559   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 09 2019 00:37:26
             Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517619482  +E-mail/Text: bkteam@selenefinance.com Feb 09 2019 00:39:39      DLJ Mortgage Capital, Inc.,
             c/o Selene Finance LP,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517465089   E-mail/Text: bankruptcy@hvfcu.org Feb 09 2019 00:42:18      Hudson Valley FCU,    PO Box 1071,
             Poughkeepsie, NY 12602-1071
517465097   E-mail/Text: bankruptcy@td.com Feb 09 2019 00:40:46      TD Bank, N.A.,    32 Chestnut Street,
             Po Box 1377,    Lewiston, ME 04243
517594798  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2019 00:37:06      Verizon,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 08, 2019
                              Form ID: 186             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2019 at the address(es) listed below:

```
          Bonnie M. Weir    on behalf of Creditor    Emigrant Mortgage Company, Inc. bmw@weirlawfirm.com
          Edward J Zohn    on behalf of Creditor    Emigrant Mortgage Company, Inc. ezohn@zohnlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    DLJ Mortgage Capital, Inc
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Sindi  Mncina    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust smncina@rascrane.com
          Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST smncina@rascrane.com
          Todd S Cushner    on behalf of Debtor Muhammad  Zehran todd@cushnerlegal.com,
           alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```