| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Todd S. Cushner, Esq.<br>Cushner & Associates, P.C.<br>399 Knollwood Road, Suite 205<br>White Plains, NY 10603<br>(914) 600-5502 / (914) 600-5544<br>todd@cushnerlegal.com | **Order Filed on February 14, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br>Muhammad A. Zehran<br>A/K/A Amir M. Zehran<br>A/K/A Amar M. Zehran | Case No.: _____18-17847_____<br>Chapter: _____13_____<br>Judge: _____RG_____ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 14, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____07/18/2018_____ :

Property:    21 Bergen Place, Mahwah, NJ 07430

Creditor:    Caliber Home Loans (formerly Selene Finance LP)

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___05/15/2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*