UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Todd S. Cushner, Esq.
Cushner & Associates, P.C.
399 Knollwood Road, Suite 205
White Plains, NY 10603
(914) 600-5502 / (914) 600-5544
todd@cushnerlegal.com

**Order Filed on February 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Muhammad A. Zehran
A/K/A Amir M. Zehran
A/K/A Amar M. Zehran

Case No.: 18-17847

Chapter: 13

Judge: RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 14, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____07/18/2018_____ :

Property: 21 Bergen Place, Mahwah, NJ 07430

Creditor: Caliber Home Loans (formerly Selene Finance LP)

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____the Debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____05/15/2019____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Muhammad Zehran  
    Debtor

Case No. 18-17847-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db          +Muhammad Zehran,    21 Bergen Place,    Mahwah, NJ 07430-1168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:
           Bonnie M. Weir     on behalf of Creditor     Emigrant Mortgage Company, Inc. bmw@weirlawfirm.com  
           Edward J Zohn     on behalf of Creditor     Emigrant Mortgage Company, Inc. ezohn@zohnlaw.com  
           Kevin Gordon McDonald     on behalf of Creditor     DLJ Mortgage Capital, Inc  
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Sindi Mncina     on behalf of Creditor     U.S. Bank Trust, N.A., as Trustee for LSF9 Master  
           Participation Trust smncina@rascrane.com  
           Sindi Mncina     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER  
           PARTICIPATION TRUST smncina@rascrane.com  
           Todd S Cushner     on behalf of Debtor Muhammad Zehran todd@cushnerlegal.com,  
           alyssa@cushnerlegal.com;jrufo@cushnerlegal.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 8