| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for DLJ Mortgage Capital, Inc | Order Filed on February 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Muhammad Zehran,<br><br>Debtor. | Case No.:  18-17847 RG<br>Adv. No.:<br>Hearing Date:  6/6/18 @ 9:00 a.m.<br><br>Judge:  Rosemary Gambardella |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 14, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Muhammad Zehran
Case No.: 18-17847 RG
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Attorneys for DLJ Mortgage Capital, Inc, holder of a mortgage on real property located at 21 Bergen Pl #A, Mahwah, NJ, 07430, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Todd S. Cushner, Esquire, attorney for Debtor, Muhammad Zehran, and for good cause having been shown;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to obtain a loan modification by September 28, 2018, or as may be extended by an application to extend or by modified plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor shall make adequate protection payments in accordance with the terms of the Loss Mitigation Order while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the trustee is not to pay the arrears while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is unsuccessful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Muhammad Zehran  
    Debtor

Case No. 18-17847-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 15, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db          +Muhammad Zehran,   21 Bergen Place,    Mahwah, NJ 07430-1168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:

          Bonnie M. Weir    on behalf of Creditor    Emigrant Mortgage Company, Inc. bmw@weirlawfirm.com  
          Edward J Zohn    on behalf of Creditor    Emigrant Mortgage Company, Inc. ezohn@zohnlaw.com  
          Kevin Gordon McDonald    on behalf of Creditor    DLJ Mortgage Capital, Inc  
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Sindi Mncina    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master  
           Participation Trust smncina@rascrane.com  
          Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER  
           PARTICIPATION TRUST smncina@rascrane.com  
          Todd S Cushner    on behalf of Debtor Muhammad  Zehran todd@cushnerlegal.com,  
           alyssa@cushnerlegal.com;jrufo@cushnerlegal.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 8