UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Todd S. Cushner, Esq.
Cushner & Associates, P.C.
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
todd@cushnerlegal.com

Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Muhammad A. Zehran, A/K/A Amar M. Zehran, A/K/A Amir M. Zehran

Case No.: 18-17847

Chapter: 13

Judge: RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 19, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Todd S. Cushner, Esq._____, the applicant, is allowed a fee of $ _____1,000.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,000.00_____ . The allowance shall be payable:

❏ through the Chapter 13 plan as an administrative priority.

✓ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*