UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Todd S. Cushner, Esq.
Cushner & Associates, P.C.
399 Knollwood Road, Suite 205
White Plains, NY 10603
(914) 600-5502 / (914) 600-5544
todd@cushnerlegal.com

In Re:

Muhammad A. Zehran
A/K/A Amir M. Zehran
A/K/A Amar M. Zehran

Order Filed on May 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-17847

Chapter:   13

Judge:   RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 18, 2018_____ :

Property:     21 Bergen Place, Mahwah, New Jersey 07430

Creditor:     Caliber Home Loans

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____09/01/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2