UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Select Portfolio Servicing, Inc., as servicer for LSF10 Master Participation Trust<br>JILL A. MANZO, ESQ.<br>SPS2281<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>MUHAMMAD ZEHRAN aka<br>AMAR M ZEHRAN aka<br>AMIR M ZEHRAN<br><br><br>Debtor(s). | Case No.: 18-17847 RG<br><br>Chapter: 13<br><br>Judge: HONORABLE ROSEMARY GAMBARDELLA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for LSF10 Master Participation Trust</u>. This party is a party in interest in this case pursuant to a mortgage dated September 30, 2003 and recorded in the Office of the BERGEN County Clerk/Register on November 6, 2003 in Mortgage Book 13067, Page 835, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:       FEIN, SUCH, KAHN & SHEPARD, P.C.
                                 Counsellors at Law
                                 7 Century Drive - Suite 201
                                 Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                                  **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                  Attorneys for Select Portfolio Servicing, Inc., as servicer for LSF10 Master Participation Trust

Dated: <u>August 24, 2021</u>        By:  <u>/S/ JILL A. MANZO</u>
                                                JILL A. MANZO, ESQ.


Case No.: 18-17847 RG