UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Todd S. Cushner, Esq.
Cushner & Associates, P.C.
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
todd@cushnerlegal.com

In Re:

Muhammad A. Zehran,
A/K/A Amar M. Zehran, A
/K/A Amir M. Zehran,

| | |
|---|---|
| Case No.: | 18-17847 |
| Chapter: | 13 |
| Hearing Date: | 09/15/2021 |
| Judge: | RG |

## ORDER REOPENING DEBTOR'S CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through ____8____ is **ORDERED**.