UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

TODD CUSHNER & ASSOCIATES, P.C.
399 Knollwood Road, Suite 205
White Plains, NY 10603
914-600-5502
Todd Cushner, Esq.
Attorney for Muhammad Zehran

Order Filed on November 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MUHAMMAD ZEHRAN,

Case No.: 18-17847-RG

Hearing Date: October 6, 2021

Judge: Rosemary Gambardella

Chapter: 13

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

DATED: November 12, 2021

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of _____ Muhammad Zehran _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __21__ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*