UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

TODD CUSHNER & ASSOCIATES, P.C.
399 Knollwood Road, Suite 205
White Plains, NY 10603
914-600-5502
Todd Cushner, Esq.
Attorney for Muhammad Zehran

Order Filed on November 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MUHAMMAD ZEHRAN,

Case No.: 18-17847-RG

Hearing Date: October 6, 2021

Judge: Rosemary Gambardella

Chapter: 13

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: November 12, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of _____Muhammad Zehran_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __21__ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Muhammad Zehran  
    Debtor

Case No. 18-17847-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 15, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Muhammad Zehran, 21 Bergen Place, Mahwah, NJ 07430-1168 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonnie M. Weir | on behalf of Creditor Emigrant Mortgage Company  Inc. bmw@weirlawfirm.com |
| Edward J Zohn | on behalf of Creditor Emigrant Mortgage Company  Inc. ezohn@zohnlaw.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for LSF10 Master Participation Trust bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor DLJ Mortgage Capital  Inc kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust smncina@raslg.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 15, 2021 | Form ID: pdf903 | Total Noticed: 1

Sindi Mncina
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST
    smncina@raslg.com

Todd S Cushner
    on behalf of Debtor Muhammad Zehran todd@cushnerlegal.com
    angela@cushnerlegal.com;jrufo@cushnerlegal.com;Rebecca@cushnerlegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9